UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL LAWRENCE,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>          Defendants. | Case No.  14-cv-00820-MEJ<br><br>**ORDER RE: CASE MANAGEMENT STATEMENT**<br><br>Re: Dkt. No. 16 |

On May 8, 2014, Plaintiff Emil Lawrence filed a separate Case Management Statement. Dkt. No. 16. Plaintiff is advised that the Court will not consider the statement, as it does not comply with Civil Local Rule 16-9 and the Standing Order for All Judges of the Northern District of California, a copy of which Defendants served upon him at the time they removed this case from superior court. Dkt. No. 8. Pursuant to the Standing Order and Rule 16-9, the parties are required to file a Joint Case Management Statement by May 22, 2014.

The Court advises Plaintiff that there are resources available to parties representing themselves in federal court. Plaintiff may wish to obtain a copy of the District Court's *Handbook for Litigants Without a Lawyer*. It provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. The handbook is available at the Clerk's Office and at: http://cand.uscourts.gov/prosehandbook. He may also seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at: http://cand.uscourts.gov/helpcentersf.

**IT IS SO ORDERED.**

Dated: May 16, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge