# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL LAWRENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 14-cv-00820-MEJ<br><br>**ORDER RE: DISCOVERY MEET AND CONFER PROCEDURE** |

On October 20, 2014, Plaintiff Emil Lawrence filed a request for a telephonic discovery conference. Dkt. No. 23. Having reviewed Plaintiff's request, the Court finds a conference unnecessary. However, as it appears that the parties have been unable to resolve certain disputes after a meet and confer in September, the Court shall modify the requirements of the Discovery Standing Order <u>only for the disputes addressed in Plaintiff's October 20 request</u> as follows. Plaintiff shall provide Defendants with his portion of a draft joint letter in compliance with the undersigned's Discovery Standing Order. Within seven (7) calendar days of receipt of the draft letter, Defendants shall provide their portion to Plaintiff, after which Plaintiff shall file the joint letter. The letter shall be limited to five (5) pages, with each side allowed an equal portion. If Defendants fail to timely respond, Plaintiff shall file notice pursuant to Paragraph 3 of the Discovery Standing Order.

**IT IS SO ORDERED.**

Dated: October 23, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMIL LAWRENCE,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 14-cv-00820-MEJ

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 10/23/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Emil Lawrence
77 Van Ness Avenue, Floor One, Unit 1304
San Francisco, CA 94012

Dated: 10/23/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES