UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL LAWRENCE,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>             Defendants. | Case No. 14-cv-00820-MEJ<br><br>**ORDER RE: REQUEST FOR TELEPHONIC CONFERENCE** |

Pending before the Court is Plaintiff Emil Lawrence's Second Request for Telephonic Conference, filed December 23, 2014. Upon review of Plaintiff's request, the Court ORDERS as follows:

1) Defendants shall serve Plaintiff with any objections to his discovery requests addressed in the November 25, 2014 draft letter by January 9, 2015.

2) If there are any disputes, the parties shall meet and confer in compliance with the undersigned's Discovery Standing Order. If unable to resolve their disputes, the parties are ORDERED to meet and confer in person on January 21, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

3) If the parties are still unable to resolve their disputes, they shall draft a joint letter as previously ordered. Plaintiff shall provide Defendants with his portion of a draft joint letter in compliance with the undersigned's Discovery Standing Order by January 30, 2015. Defendants shall then provide their portion of the letter to Plaintiff by February 6, 2015, after which Plaintiff shall file the joint letter. The letter shall be limited to five (5) pages, with each side allowed an equal portion.

4) If the parties meet and confer in person and resolve their disputes or file a joint letter prior to January 21, they shall jointly request that the Court vacate the meet and confer session.

**IT IS SO ORDERED.**

Dated: December 29, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMIL LAWRENCE,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

Case No. 14-cv-00820-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/29/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Emil Lawrence
77 Van Ness Avenue, Floor One, Unit 1304
San Francisco, CA 94012

Dated: 12/29/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES