UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL LAWRENCE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 14-cv-00820-MEJ<br><br>**ORDER RE: CASE MANAGEMENT DEADLINES** |

On May 22, 2014, the Court issued a Case Management Order in this case, establishing a dispositive motion deadline of March 12, 2015. Dkt. No. 19. However, as the Court issued an order on March 10 resolving certain discovery disputes, the Court CONTINUES the dispositive motion filing deadline to April 16, 2015, with a hearing date of May 21, 2015 at 10:00 a.m. in Courtroom B. All other pretrial and trial deadlines are VACATED pending resolution of any dispositive motions. The parties are reminded that discovery closed on February 10, 2015; thus, if any party files a discovery matter that has not already been presented to the Court, it shall be deemed untimely.

**IT IS SO ORDERED.**

Dated: March 19, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge