UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL LAWRENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 14-cv-00820-MEJ<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING EVALUATION FOR APPOINTMENT OF COUNSEL** |

Plaintiff Emil Lawrence and Defendants attended a settlement conference today before Magistrate Judge Jacqueline Scott Corley. Dkt. No. 53. Although the case did not settle, the Parties agreed that Judge Corley could inform the undersigned of Plaintiff's request that the Court appoint counsel for him in this matter. Good cause appearing, IT IS HEREBY ORDERED that this case is referred to the Federal Pro Bono Project of the Volunteer Legal Services Program, which will attempt to find an attorney who is able to represent Plaintiff in these proceedings. Accordingly,

1. The Clerk of Court shall forward an electronic copy of the file in this case to the San Francisco Federal Pro Bono Project pursuant to the Guidelines of the Project for referral to a volunteer attorney.
2. If an attorney can be found to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff until further order of the Court.
3. All proceedings in this action are hereby STAYED until four weeks from the date an attorney is appointed to represent Plaintiff in this action, or until the Court lifts the stay.

Plaintiff is reminded that referral to the Federal Pro Bono Project does not guarantee that pro bono counsel will be appointed.

**IT IS SO ORDERED.**

Dated: July 28, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge