UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMIL LAWRENCE,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 14-cv-00820-MEJ

**ORDER APPOINTING COUNSEL**

Re: Dkt. No. 54

Because Plaintiff Emil Lawrence ("Plaintiff") has requested and is in need of counsel to assist him in this matter, and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, attorneys Fred Fields, David Anderson, and Martin White of Coblentz Patch Duffy & Bass LLP are hereby appointed as counsel for Plaintiff in this matter. The scope of this referral shall be for all purposes for the duration of the case.

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: July 31, 2015

MARIA-ELENA JAMES
United States Magistrate Judge