UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL LAWRENCE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No.  14-cv-00820-MEJ<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO MODIFY PROTECTIVE ORDER**<br><br>Re: Dkt. No. 57 |

On November 24, 2014, the Court entered a Stipulated Protective Order in this case, while Plaintiff Emil Lawrence represented himself pro se. Dkt. No. 26. On July 31, 2015, the Court appointed pro bono counsel for Plaintiff, who now moves for administrative relief to modify the protective order and enter one based on this District's model protective order. Dkt. No. 57. Having reviewed Plaintiff's motion, the Court finds good cause likely exists to enter a revised protective order. Accordingly, rather than having this matter fully briefed, the Court ORDERS the parties to meet and confer <u>in person</u> to determine whether they can agree on a revised protective order, preferably based on this District's model. If the parties are unable to agree, they shall file a joint letter in compliance with the undersigned's Discovery Standing Order. Accordingly, Plaintiff's motion is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: August 28, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge