UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL LAWRENCE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No.  14-cv-00820-MEJ<br><br>**ORDER VACATING CMC AND REFERRING PARTIES FOR FURTHER SETTLEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Statement (Dkt. No. 59), the Court **ORDERS** as follows:

1) The September 10, 2015 Case Management Conference is VACATED;

2) The parties are referred to Magistrate Judge Corley for a further settlement conference;

3) The parties shall file a joint status report within 14 days of completion of the settlement process; and

4) Any request for an extension of the case management deadlines in this case shall be in compliance with the Civil Local Rules and the undersigned's standing orders.

**IT IS SO ORDERED.**

Dated: September 3, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge