United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMIL LAWRENCE,

        Plaintiff,

    v.

CITY AND COUNTY OF SAN
FRANCISCO, et al.,

        Defendants.

Case No.  14-cv-00820-MEJ

**ORDER RE: UPCOMING MOTION DEADLINES**

      The Court held a case management conference on July 14, 2016.  Minute Order, Dkt. No. 121.  After the parties met and conferred, they informed the Court that Plaintiff plans to file a motion for leave to amend his complaint as well as a motion for leave to serve the previously un-served Defendants in this case.  Per the discussion at the hearing, Plaintiff's motions must be filed by August 4, 2016, with a hearing to be held on these matters on September 8, 2016, if necessary.  After these motions are resolved, the Court will determine what further scheduling deadlines are appropriate.

      **IT IS SO ORDERED.**

Dated: July 20, 2016

_____

MARIA-ELENA JAMES
United States Magistrate Judge